\*\*E-Filed 5/4/2011\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFF WEAVER,<br><br>              Plaintiff,<br><br>       v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>              Defendants. | Case Number 5:11-cv-00150-JF<br><br>ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; AND VACATING HEARING<br><br>[re:  docket entry 12 ] |

Defendants' motion to dismiss appearing to be well-taken, and Plaintiff having filed a statement of non-opposition, the Court will grant the motion with leave to amend. The hearing set for May 6, 2011 will be vacated. *See* Civ. L.R. 7-1(b).

**ORDER**

Defendants' motion to dismiss is GRANTED with leave to amend. Any amended pleading shall be filed on or before May 27, 2011. The hearing set for May 6, 2011 is VACATED.

DATED: 5/4/2011

_____
JEREMY FOGEL
United States District Judge