1

IN THE UNITED STATES DISTRICT COURT

2

3

FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

JEFF WEAVER,

No. C 11-00150 SBA (PR)

Plaintiff,

**ORDER OF DISMISSAL**

6

7

v.

8

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

9

Defendants.

10

/

11

Plaintiff filed the instant <u>pro se</u> civil rights complaint under 42 U.S.C. § 1983.

12

On August 12, 2011, Northern District Judge Jeremy Fogel issued an Order permitting

13

Plaintiff's former counsel, Richard Philip Sax, to withdraw appearance and granting a continuance to

14

enable Plaintiff to retain new counsel.

15

On September 28, 2011, this action was reassigned to the undersigned judge.  The record

16

shows that Attorney Sax has "lost contact with Plaintiff."  (Sax Decl. ¶ 4.)  To date, Plaintiff has

17

never communicated directly with the Court because all his filings were made by Attorney Sax.

18

Accordingly, in an Order dated November 7, 2011, the Court determined that it was in the interests

19

of justice and judicial efficiency for the Court to establish Plaintiff's current address and whether he

20

intended to continue to prosecute this action.  The Court informed Plaintiff that if he failed to do so

21

within thirty days, this action would be dismissed without prejudice for failure to prosecute.  The

22

Court directed the Clerk of the Court to (1) send a copy of its November 7, 2011 Order to Attorney

23

Sax; and (2) contact Attorney Sax to obtain Plaintiff's last-known address.  Clerk's Office staff

24

indicates that Plaintiff's last-known address is 1911 Sierra Avenue, Napa, CA 94558.  The Clerk also

25

served Plaintiff with the November 7, 2011 Order at the aforementioned address.  The Court notes

26

that the Order mailed to Plaintiff was never returned as undeliverable.

27

More than thirty days have passed, and Plaintiff has filed no response to the Court's

28

November 7, 2011 Order.  A district court may <u>sua sponte</u> dismiss an action for failure to prosecute

1   or to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  See Link v.

2   Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991).

3   The court should consider five factors before dismissing an action under Rule 41(b): (1) the public

4   interest in the expeditious resolution of the litigation: (2) the court's need to manage its docket;

5   (3) the risk of prejudice to the defendants; (4) the availability of less drastic sanctions; and (5) the

6   public policy favoring the disposition of actions on their merits.  See Malone v. United States Postal

7   Serv., 833 F.2d 128, 130 (9th Cir. 1987).[1]  The first three factors, above, weigh in favor of dismissal

8   in light of the fact that Plaintiff has lost contact with his attorney and has failed to respond to the

9   Court's November 7, 2011 Order.  The fourth factor also weighs in favor of dismissal because less

10  drastic sanctions would have little impact in light of Plaintiff's apparent lack of interest in this case.

11  Although the fifth factor appears to weigh against dismissal, dismissal is appropriate in light of the

12  other four factors.  See Pagtalunan v. Galaza, 291 F.3d 639, 643 (9th Cir. 2002) (finding district

13  court did not abuse its discretion in dismissing petition with prejudice where three of the five factors

14  weighed in favor of dismissal).

15       In light of the foregoing, this action is hereby DISMISSED for failure to prosecute, pursuant

16  to Federal Rule of Civil Procedure 41(b).

17       The Clerk shall close the file and terminate any pending motions.

18       IT IS SO ORDERED.

19  DATED:   12/15/11

    _____
    SAUNDRA BROWN ARMSTRONG
20  United States District Judge

21

22

23

24

25

26

27       [1]  The court should also afford the litigant prior notice of its intention to dismiss, id. at 133, as
    this Court has done.

28  G:\PRO-SE\SBA\CR.11\Weaver0150.41(b)dismissal.wpd          2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFF WEAVER,

        Plaintiff,

  v.

CA DEPT OF CORRECTIONS et al,

        Defendant.

_____/

Case Number: CV11-00150 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeff  Weaver AB-7048
1911 Sierra Avenue
Napa,  CA 94558

Dated: December 20, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.11\Weaver0150.41(b)dismissal.wpd          3

United States District Court
For the Northern District of California